UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR SCELBA | : | |
| Plaintiff | : | (Judge Vanaskie) |
| v. | : | (Magistrate Judge Blewitt) |
| EAGLE ROCK RESORT, | : | |
| Defendant | : | No. 3:07-cv-00242 |

## ORDER

AND NOW, this 30th day of March, 2007, pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that Eagle Rock Resort is dismissed as a party to this lawsuit and that National Resort Management Corp., 1060 Valley of the Lakes, Hazleton, PA 18202, is substituted as the party Defendant, effective immediately. Service of original process is deemed to have been effectuated and no further service is necessary.

FILED
SCRANTON

MAR 30 2007

PER _____
DEPUTY CLERK

The Clerk of Court is directed to amend the docket and the caption to reflect the foregoing.

                        BY THE COURT:

                        THOMAS M. BLEWITT
                        UNITED STATES MAGISTRATE JUDGE